IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.I.B.C. PARTNERS, LP, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 14-3697 |
| | : | |
| THE CITY OF CHESTER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of January, 2018, upon consideration of the "Motion of Defendant, Joseph Bail, Jr., Police Commissioner, to Dismiss Plaintiffs' Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6)" (Doc. No. 77), the "Motion of Defendants Keystone Sports and Entertainment LLC, FC Pennsylvania Stadium LLC, Pennsylvania Professional Soccer LLC and David P. Debusschere to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc. No. 79), and "Defendants, Global Spectrum, Inc. and Michael Scanlon's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 129b0(6)" (Doc. No. 80), and the Responses and Replies thereto, it is hereby **ORDERED** that the Motions are **GRANTED** such that all claims are **DISMISSED with prejudice**. The Clerk of Court shall mark this case as closed.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

1